# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JONES,<br><br>                Petitioner,<br>   v.<br>NEIL McDOWELL, Warden,<br><br>                Respondent. | Case No. 2:20-cv-05361-JLS-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered (1) granting Respondent's motion to dismiss the petition as untimely; (2) denying Petitioner's motion for a stay; and (3) dismissing the action with prejudice.

DATED: May 26, 2021

                                                                               JOSEPHINE L. STATON<br>
                                                            UNITED STATES DISTRICT JUDGE