JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JONES,<br><br>        Petitioner,<br><br>   v.<br><br>NEIL McDOWELL, Warden,<br><br>        Respondent. | Case No. 2:20-cv-05361-JLS-AFM<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of WILLIAM JONES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that (1) Respondent's motion to dismiss the Petition as untimely is granted; (2) Petitioner's motion for a stay is denied; and (3) the Petition is dismissed with prejudice.

DATED: May 26, 2021

                                                    _____
                                                         JOSEPHINE L. STATON
                                                   UNITED STATES DISTRICT JUDGE